UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| WILLIAM ALAN MUSE | CIVIL ACTION NO. 3:17-CV-00094 |
| VS. | SECTION P |
| | JUDGE DONALD E. WALTER |
| ~~KENNETH BRYAN, ET AL~~ | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS RECOMMENDED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted and for seeking monetary relief against a defendant who is immune from such relief, pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 25 day of August, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE